# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-22-00659-CV

**Dale Steenrod, Appellant**

**v.**

**Cathlene Pidgeon, Appellee**

### FROM THE 353RD DISTRICT COURT OF TRAVIS COUNTY
### NO. D-1-FM-19-005671, THE HONORABLE LORA J. LIVINGSTON, JUDGE PRESIDING

## M E M O R A N D U M   O P I N I O N

**PER CURIAM**

Appellee Cathlene Pidgeon has filed an unopposed motion to abate this appeal until a supplemental reporter's record that she requested has been filed with this Court. We grant the motion and abate the appeal. The appeal will be reinstated after the supplemental reporter's record is filed.

Before Justices Baker, Smith, and Jones[*]

Abated

Filed: April 6, 2023

---

[*]Before J. Woodfin Jones, Chief Justice (Retired), Third Court of Appeals, sitting by assignment. *See* Tex. Gov't Code § 74.003(b).